476 A.2d 82

Paul Restall Co., Appellant, v. V. Forge Roofing, etc.

Argued January 12, 1984. Donald M. Davis, for appellant; Michael W. McCarrin, for appellee.

Before CAVANAUGH, McEWEN and CIRILLO, JJ.

The judgment of the learned Montgomery County Common Pleas Court Judge Lawrence A. Brown is affirmed.